LYNN R. FIORENTINO (SBN 226691)
lynn.fiorentino@afslaw.com
SUSANNE BONIADI (SBN 341512)
susanne.boniadi@afslaw.com
**ARENTFOX SCHIFF LLP**
555 S. Flower St., 43rd Floor
Los Angeles, CA 90071
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Defendant
ROYAL CARIBBEAN CRUISES LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIEREN KISHNANI, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD., a Florida corporation,

Defendant.

Case No. 5:25-cv-01473-SVK

**CLASS ACTION**

**DEFENDANT ROYAL CARIBBEAN CRUISES LTD.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

*[Filed concurrently with Memorandum of Points and Authorities, Declaration of Lynn R. Fiorentino, and [Proposed] Order]*

| | |
|---|---|
| Date: | May 6, 2025 |
| Time: | 10:00 am |
| Courtroom: | 6, 4TH Floor |
| Judge: | Hon. Susan van Keulen |

Date Action Filed: February 12, 2025

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on May 6, 2025 at 10:00 am or as soon thereafter as the matter may be heard, in Courtroom 6, 4th Floor of the above-entitled court before the Honorable Susan van Keulen, Defendant ROYAL CARIBBEAN CRUISES LTD. ("Defendant") by and through their attorneys hereby move the Court for entry of an order for dismissing Defendant with prejudice from this action (the "Motion").

This Motion is made pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure, on the following grounds: (1) Plaintiff did not, and cannot, allege any injury required to invoke the private right of action in Section 637.2 of the California Penal Code by merely visiting Defendant's public website, and Plaintiff otherwise lacks standing, (2) the Court lacks personal jurisdiction over Defendant, and (3) Plaintiff's complaint fails to state a claim because Section 638.51 does not apply to website operators as it expressly only applies to third-party "interceptions" of communications, and the overall statutory scheme further makes clear that this law only applies to law enforcement collection of the signaling information of telephone calls.

This motion is made following several meet and confer efforts with Defendants counsel, which outlined thoroughly the substance of the present Motion. Plaintiff disagrees with Defendant's grounds for dismissal, and therefore, further discussions on the issues outlined in the present Motion would not have been fruitful. Accordingly, the parties have satisfied L.R. 7-3. *See, e.g., Threshold Media Corp. v. Relativity Media, LLC*, No. CV1009318DMGAJWX, 2013 WL 12331550, at *2 (C.D. Cal. Mar. 19, 2013) (finding that written exchange between parties "several months before Defendants filed" MSJ satisfied Rule 7-3 and noting "further discussions on [issues] would not have been fruitful").

This Motion is based on the attached memorandum of points and authorities, Declaration of Lynn R. Fiorentino and exhibits thereto, the records and papers on file in this action, and such other written or oral argument as may be presented at or before the time this motion is taken under submission by the Court.

///

///

Respectfully submitted,

Dated: March 14, 2025

**ARENTFOX SCHIFF LLP**

By:/s/ *Lynn R. Fiorentino*
LYNN R. FIORENTINO
SUSANNE BONIADI
Attorneys for Defendant
ROYAL CARIBBEAN CRUISES LTD.