United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIEREN KISHNANI,

Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES LTD.,

Defendants.

Case No. 25-cv-01473-NW

**ORDER TERMINATING MOTION TO DISMISS AS MOOT**

Re: ECF No. 11

The Motion to Dismiss filed by Defendant Royal Caribbean Cruises Ltd. is TERMINATED AS MOOT in light of the filing of the first amended complaint at ECF No. 13. *See* Fed. R. Civ. P. 15(a)(1)(B).

**IT IS SO ORDERED.**

Dated: April 7, 2025

Noël Wise
United States District Judge