LYNN R. FIORENTINO
lynn.fiorentino@afslaw.com
SUSANNE BONIADI
susanne.boniadi@afslaw.com
**ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
Telephone: 415.757.5500
Facsimile: 415.757.5501

Attorneys for Defendant
ROYAL CARIBBEAN CRUISES LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KIEREN KISHNANI, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD., a Florida corporation,

Defendant.

Case No. 5:25-cv-01473-NW

**DEFENDANT ROYAL CARIBBEAN CRUISES LTD.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

*[Filed concurrently with Memorandum of Points and Authorities, Declaration of Lynn R. Fiorentino, and [Proposed] Order]*

Date: June 25, 2025
Time: 9:00 a.m.
Courtroom: Courtroom 3 – 5th Floor
Judge: Hon. Noël Wise

Date Action Filed: February 12, 2025
FAC Filed: April 4, 2025

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 25, 2025, at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 3, Fifth Floor of the above-entitled court before the Honorable Noël Wise, Defendant ROYAL CARIBBEAN CRUISES LTD. ("Defendant") by and through their attorneys hereby move the Court for entry of an order for dismissing Defendant with prejudice from this action (the "Motion").

This Motion is made pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, on the following grounds: (1) Plaintiff did not, and cannot, allege any injury required to invoke the private right of action in Section 637.2 of the California Penal Code by merely visiting Defendant's public website, and Plaintiff otherwise lacks standing, and (2) Section 638.51 does not apply to website operators because it expressly only applies to third-party "interceptions" of communications, and the overall statutory scheme further makes clear that this law only applies to law enforcement collection of the signaling information of telephone calls.

This Motion is based on the attached memorandum of points and authorities, Declaration of Lynn R. Fiorentino and exhibits thereto, the records and papers on file in this action, and such other written or oral argument as may be presented at or before the time this motion is taken under submission by the Court.

Dated: April 18, 2025

**ARENTFOX SCHIFF LLP**

By: Lynn R. Fiorentino

LYNN R. FIORENTINO
SUSANNE BONIADI
Attorneys for Defendant
ROYAL CARIBBEAN CRUISES LTD.