UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIEREN KISHNANI,<br><br>    Plaintiff,<br><br>v.<br><br>ROYAL CARIBBEAN CRUISES LTD.,<br><br>    Defendant. | Case No. 25-cv-01473-NW<br><br>**JUDGMENT**<br><br>Re: ECF No. 23 |

On June 24, 2025, the Court granted Defendant's motion to dismiss without leave to amend. ECF No. 23. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 24, 2025

Noël Wise
United States District Judge