UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KIEREN KISHNANI,

      Plaintiff - Appellant,

  v.

ROYAL CARIBBEAN CRUISES, LTD.,

      Defendant - Appellee.

No. 25-4452

D.C. No. 5:25-cv-01473-NW
Northern District of California,
San Jose

ORDER

Pursuant to the parties' stipulation (Docket Entry No. 8), this appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT